UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:97-CR-0005-FL-1

| UNITED STATES OF AMERICA | ORDER TO SEAL |
|---|---|
| v. | |
| QUINTINE EARL WHITEHEAD | |

On motion of the Defendant, QUINTINE EARL WHITEHEAD, and for good cause shown, it is hereby ORDERED that DE [ 346 ] be sealed until further notice by this Court.

IT IS SO ORDERED.

This the 12th day of April, 2019.

_____
The Honorable Louise Wood Flanagan
United States District Court Judge