UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:97-CR-0005-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>QUINTINE EARL WHITEHEAD | ORDER TO SEAL |

On motion of the Defendant, QUINTINE EARL WHITEHEAD, and for good cause shown, it is hereby ORDERED that DE [352] be sealed until further notice by this Court.

IT IS SO ORDERED.

This the <u>1st</u> day of May, 2019.

_____
The Honorable Louise Wood Flanagan
United States District Court Judge